## DECLARATION OF SERVICE

**ANDREW J. RAUCHBERG**, under penalty of perjury, declares pursuant to 28 U.S.C. §1746 that, on July 23, 2007, I caused a true and correct copy of defendant Department of Education's Answer in the matter of <u>G.R. o/b/o R.R. v. New York City Department of Education</u>, Index No. 07 CV 4711, filed via ECF on July 23, 2007, to be served by mail on plaintiff's counsel Warren J. Sinsheimer, Esq., at Partnership for Children's Rights, 271 Madison Avenue, 17th Floor, New York, New York  10016, the address designated by him for that purpose.

Dated:  New York, New York
        July 23, 2007

By:    s/  
      Andrew J. Rauchberg  
      Assistant Corporation Counsel