

**PARTNERSHIP FOR CHILDREN'S RIGHTS**

**MEMO ENDORSED**

November 2, 2007

Hon. Thomas P. Griesa
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street. Room 1630
New York, NY 10007

Re:   G.R., o/b/o R.R. v New York City Department of Education, 07-CV-4711

Dear Judge Griesa:

I write to respectfully request that you approve the following extension and amended motion schedule which has been agreed to by the parties. No pervious request for extension has been made.

The plaintiff's motion for summary judgment with affidavits and memorandum of law together with its motion to permit plaintiff pursuant to 20 U.S.C § 1415(i)(2)(C)(ii), to supplement the record with additional evidence, will be filed on December 5, 2007(original date was November 5, 2007). The defendant will serve and file its cross-motion for summary judgment and opposition papers to plaintiff's motion regarding the record on or before January 7, 2008 (original date was December 5, 2007). The plaintiff will serve and file her reply memorandum of law, if any, on or before January 21, 2008 (original date was December 20, 2007); defendant will file reply papers on its cross motion, if any, on or before February 7, 2008 (original date was January 7, 2008).

Respectfully submitted

*Warren J. Sinsheimer (9906)*
Partnership for Children's Rights
271 Madison Avenue 17th Floor
New York, NY 10016
212-683-7999  X222

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/07

cc:   Andrew J. Rauchberg, Esq.
      Assistant Corporation Counsel of the City of New York
      100 Church Street
      New York, NY 10007
      (VIA FAX)

SO ORDERED:
*Thomas P. Griesa*
U.S.D.J.
11/9/07

---

Formerly known as Legal Services for Children
271 MADISON AVENUE, 17TH FLOOR, NEW YORK, NY 10016 • 212.683.7999 • Fax: 212.683.5544 • Website: pfcr.org