# EXHIBIT X

Winston Preparatory School
Spring Progress Report 2007 Report: Robert Rios

**Focus: Jessica Bottomley**
Robert's first year at Winston Preparatory School was one of inconsistent participation, social emotional setbacks and gradual gains. It is important to note, Robert was most successful in the supportive, one-to-one Focus setting and this is where gradual gains were noted. Furthermore, Robert was motivated to do well in Focus sessions and arrived to Focus sessions promptly. However, he frequently had difficulty handing in homework assignments on time. The consistency of structured sessions has continued to assist in maintaining Robert's on-task behavior throughout the Focus period. In contrast, Robert often struggled with attention, social pragmatics, and productivity in content classes. For example, Robert would frequently choose to be rebellious by inappropriately answering questions or making unsuitable comments in class. Therefore, in addition to addressing organization, time management, and reading and writing skills this semester, Robert's Focus Program also concentrated on improving pragmatic language skills.

Robert has shown improvements in regard to strengthening reading comprehension skills. For example, Robert improved his ability to identify the main idea and differentiate it from supporting details while reading *The Kid Who Ran For President* (Dan Gutman). On the other hand, Robert's reading response journal demonstrates that Robert still struggles with inferential reading skills, such as drawing conclusions and making predictions; therefore, he still requires teacher assistance with these tasks. With respect to reading text aloud, Robert has made progress in fluency; however, he still experiences difficulty identifying unfamiliar words via contextual clues, which negatively affects his comprehension of the passage.

Strengthening written language skills was a central component of Robert's Focus program this semester. Goals have been targeted primarily at the sentence level. At the start of the year, Robert's writing lacked detail and organization. Therefore, to address elaboration of ideas, Robert was introduced to prewriting strategies, such as brainstorming, and the opportunity to discuss and jot down ideas prior to writing. The use of webs has helped Robert develop vocabulary and categorization skills that proved beneficial. In addition, Robert has been encouraged to answer self-created specific Wh- questions about an object. Although strategies have helped improve his descriptive writing, Robert experiences difficulty when asked to utilize these strategies independently; therefore, he requires teacher support during the prewriting stage. Proofreading skills are developing as Robert continues to understand sentence structure and grammar. Skills have been targeted through workbook exercises from sources, such as *100% Punctuation* and *100% Grammar* (Mike and Carolyn LoGiudice).

Academic problem solving was Robert's greatest area of weakness this semester. Since Robert lost his planner and binder in April, he had a week where it was difficult for him to complete homework assignments and locate class handouts. Therefore, Focus sessions concentrated on helping him develop strategies for organizing class materials and reintroducing the benefits and organization of a binder. After a new binder was set up and organized, daily binder and planner checks were critical because Robert continued to need teacher assistance maintaining organization. Furthermore, he still requires teacher prompting at the start of each Focus session to organize his materials and handouts. In addition, Robert's use of checklists, introduced earlier to help ensure that he arrives to class with necessary materials, remains

inconsistent. Although he has recognized the importance of using his planner to help organize his homework assignments, he did not always do this independently during class time. As a result, he often needed to be reminded to ask teachers and peers for his assignments after class.

The strengthening of pragmatic language skills was addressed through Robert's participation in a weekly pragmatic group. Here, Robert began to develop an understanding of the importance of topic maintenance and eye contact when he is having a conversation. It is important to note that Robert is becoming increasingly aware that when disinterested in group activities, he withdraws by demonstrating poor eye contact, fidgeting, and mumbling answers under his breath. He requires consistent encouragement and tactile cueing to participate in activities. Carryover from group has led to discussions in Focus relating to conflict-resolution, self-expression and the need to self-advocate, both socially and academically, by appropriately approaching and informing others of his needs. Furthermore, Robert has gained understanding that he can learn from mistakes, and as a result, has increased risk-taking in Focus.

In light of the above-mentioned gains and to further build skill development, the following goals are suggested for the fall semester of 2007:

Reading Comprehension and Fluency
• Improve ability to decode unfamiliar vocabulary
• Improve the ability to decipher the main idea from other details
• Improve ability to infer ideas from text
• Strengthen ability to formulate conclusions after reading passages

Written Language Skills
• Develop sentence and paragraph production and expansion
• Apply spelling rules in context and isolation
• Improve the organization of written work through prewriting activities
• Implement effective prewriting and editing strategies

Academic Problem Solving
• Improve efficient organization of binder and homework planner
• Take ownership of academic procedures in order to effectively complete homework assignments
• Increase awareness of and the ability to assess time management
• Self-monitor actions for more effective class performance
• Strengthen test taking and study skills

Social Pragmatic Skills
• Continue to increase independence and self-advocacy
• Increase social problem solving skills and the ability to interpret social cues

**Language and Literature: Peter Hill**
During the spring semester in Language and Literature Robert continued to work on his fluency, comprehension, vocabulary, and written and expressive language skills. While reading and discussing

2

*Pearl Harbor is Burning!* (Kudlinski), *Anne Frank: Young Diarist* (Ashby) and selected passages from *Great Mysteries* (Steck-Vaughn), Robert was asked to implement comprehension strategies introduced earlier this year to help him better understand narrative texts and to differentiate the main idea from supporting details. To facilitate comprehension, Robert highlighted main characters and completed a graphic organizer for each page in which he identified the 5 W's (who, what, when, where, and why), wrote a one-sentence summary of the main idea, and made a prediction about future events in the story. Daily round-table discussions of these literary elements helped Robert to understand the text more fully, which also developed his expressive language skills. Upon completion of each chapter, Robert worked to expand his writing skills by using the graphic organizer as an outline to pen a two-page summary delineating the main characters, major events, and key elements of the plot. Alternatively, Robert also learned to use margin notes at the bottom of each page to explicate the main idea. In Language and Literature, Robert made minimal progress this year, incrementally improving his reading fluency and comprehension. Written language expression is an area that remains challenging to Robert and his written assignments often lacked elaboration and attention to details. Robert is a bashful student who steadfastly refused to participate in most classroom activities. Moreover, he often neglected to do his homework; however, when Robert chose to do his assignments, he produced good quality work. Therefore, in the future he needs to focus more attentively in class, to work on a more consistent basis, and to put greater effort into his work.

### Mathematics: Brooke McGeory

During the spring semester in math, Robert continued to review basic mathematical concepts that he learned in the fall, particularly relating to money and time. Robert would benefit from additional practice using addition and subtraction facts and from consistently applying strategies learned in class. Robert also studied multiplication facts and was introduced to ways of solving and writing word problems. Through use of manipulatives and visual representations, Robert built a strong understanding of multiplication. Memorization of multiplication tables would positively impact the solving of double- and triple-digit multiplication problems more quickly and easily. Robert is becoming more confident and comfortable with newly learned skills, such as using the calendar as well as telling and managing time. When given daily life experiences and commitments, Robert managed his time and schedule successfully. He would benefit from continued practice throughout the summer. Robert was an eager participant in class discussion and willingly solved problems on the board consistently. He worked well both independently and as part of a group.

### Science: Susan Feldman

Robert's science curriculum focused on processing information, reading comprehension, and expressive/ receptive language skills. Major concepts were presented using content material written specifically to target these goals. The cornerstone of the information studied this semester was the effect of global warming on patterns of animal behavior, in particular walruses and penguins. New vocabulary words continued to be presented and syllabicated prior to reading the material. Drawing pictures of the various global environments created visual images to help Robert with his expressive language difficulties.

Although the material was read in class to aid comprehension, Robert was often unfocused or lost his place in the text and needed to be redirected. When focused, Robert read fluently and his responses to questions were generally on target. During planning sessions with Mr. Hill, it was decided that listening comprehension activities would be stressed in science. For example, step-by-step oral directions were given during dissection labs, strengthening Robert's awareness and ability to self-monitor and redirect his attention to the speaker. As noted in his history report, there were long periods of time when it was difficult to engage Robert. It is hoped that Robert will begin to put forth the effort he has demonstrated in class on a more consistent basis.

**History: Peter Hill**

Robert's program in history this year focused on improving his reading comprehension, memory retrieval, receptive and expressive language, and note-taking skills as well as strengthening his ability to differentiate between the main ideas and supporting details. Using *The Usborne Encyclopedia of World History* (Bingham, Chandler, and Taplin) and a range of materials from other textbooks and Internet sources, Robert studied the First World War, the Russian Revolution, the Rise of Fascism, and the Outbreak of World War II. Robert's study of history has included a number of comprehension strategies and innumerable visualizations to encourage him to approach the material from a variety of perspectives. Homework assignments often required Robert to answer several questions based on the readings or class notes, which were then extensively discussed in class using a variety of different pedagogical techniques, including PowerPoint presentations, high-lighting, note-taking, graphic organizers, semantic webs, traditional outlines, and flash cards. Throughout the year, Robert, at times, was open to instruction and worked diligently, indicating a degree of commitment to his work and a desire to learn. Unfortunately, Robert is more often unfocused, easily distracted, and disruptive to his peers, requiring teacher-guided redirection to help him regain his concentration. Moreover, he has a wholly inconsistent homework record; at times, Robert satisfactorily completed his assignments, but often he neglected to do his homework at all or completed it in a haphazard manner. When Robert attends to his work, he exhibits an ability to understand and retain information. But this occurs infrequently. There were vast periods of time during which Robert simply refused to do any classroom assignments, despite being capable of producing good-quality work. It is hoped that in the future Robert can become a more focused and dedicated student who consistently performs at his potential, and, thereby, succeeds academically.

**Art: John Civita**

Robert had a challenging year in art. He had the opportunity to experience and experiment with several mediums and techniques. Many of the various artistic exercises and class discussions were designed to stretch his creativity and expand his knowledge of modern and contemporary artists, their influences and their work. Through this process, Robert was introduced to the very slick and stylistic images of *Banksy*, a graffiti artist whose work consists of stencils of random, yet poignant representations of life. As a class project, Robert was asked to create a stencil in his own likeness using a photocopy of a picture. The process was difficult, but within his ability, even after continued prompting Robert ultimately resisted the technique and did not take part in the final stages of the project. Robert did create an interesting geometric sculpture out of toothpick like sticks that clearly illustrated his artistic ability and potential. Therefore, it is hoped that with continued guidance, Robert will become more open to broader aspects of art, allowing himself the opportunity to slow down the process, hence enabling him to cultivate his artistic expression.

**Physical Education: Jonathan James**

**Progress/Performance**

| | |
|---|---|
| Exhibits body control | V |
| Shows coordination | S |
| Demonstrates cardiovascular fitness | S |
| Utilizes knowledge of sports | S |
| Applies sports strategies | N |
| Practices problem solving skills | S |

**Participation**

| | |
|---|---|
| Dresses in uniform | V |
| Arrives on time | V |
| Contributes to class activities | S |
| Cooperates | S |
| Works in group | S |

**Commitment**

| | |
|---|---|
| Open to new activities | S |
| Willing to take risks | V |
| Consistent effort | N |
| Displays sportsmanship | S |
| Follows directions | S |
| Incorporates teacher suggestions | N |

**Key**

E =Excellent

V = Very good

S = Satisfactory

N = Needs improvement

U = Unsatisfactory

5

# EXHIBIT Y



**Winston Preparatory School**
*education for the individual*

June 1, 2007

Dear Parents:

Winston Preparatory gives a battery of standardized tests every spring in order to evaluate students' progress from year to year in vital skill areas that often define their learning profile. These measures are just one important way to assess change in these areas. While formalized testing is an opportunity to evaluate learning advancement, gains are also realized in informal assessments made on a daily basis, which are more difficult to report quantitatively. Therefore, progress is not limited to results from formalized testing.

The various examinations have been selected to assess reading comprehension (oral and silent), decoding, problem solving, written language, mathematics and visual perceptual motor abilities. Additionally, these tests provide us with a general sense of how students handle norm-referenced material and how an individual student thereby compares to the norm for his or her grade or age level. Scores, for the sake of simplicity, are reported in grade equivalent or age equivalent when possible and percentile rank when grade equivalent or age equivalent is not available. Age/grade equivalent scores are expressed in tenths of a grade. This number refers to the level of test performance of an average student at that grade level. It is most important to understand that this score reflects a performance on a given test and how that score compares to the average scores of students at a certain grade level. In no way does this mean that a student would necessarily be able to succeed in that skill at that grade level. Please note that a score of 13.0 indicates a post high school grade equivalent where applicable. Percentile rank indicates how the student performs as compared to all students on whom the test was normed. Normative data is usually gathered from students with a wide range of abilities, including learning disabled and non-learning disabled students. A score at the 50th percentile is average. To make the reporting of this information as accessible as possible, we have created a bar graph reflecting a visual representation of your child's scores from Spring 2006 to Spring 2007 for each individual test along with a test explanation provided at the top of each graph.

Please remember, these grade levels are not to be taken as the sole indicator of improvement or an exact measure of ability to do age level work. They are one part of a total picture of your child's academic performance. As such, we have included your child's year-end school report to convey a deeper and broader sense of daily functioning as well as particular areas of strength and weakness. Spring semester grades are also enclosed.

Should you have any questions about the results or any other concerns, please do not hesitate to contact your child's Focus Instructor or Dean.

Congratulations to our graduating students and to all of our students for their hard work and dedication throughout the year. I hope you all have a relaxing, restful and adventurous summer.

Best regards,

Scott Bezsylko, Headmaster

126 West 17th Street, New York, NY 10011    (646) 638-2705 phone    (646) 638-2706 fax    info@winstonprep.edu    www.winstonprep.edu

**Robert Rios**

**GRAY ORAL READING TEST-4 (GORT-4):** This test measures students' ability to read stories aloud and then recall and comprehend what they have read. 'Rate' refers to the speed at which the passage is read. 'Accuracy' refers to how many errors are made while the student reads aloud, and 'Comprehension' refers to how well the student was able to recall and understand what he/she read as measured by questions at the end of each passage.



**Robert Rios**

WOODCOCK-JOHNSON TESTS OF ACHIEVEMENT-THIRD EDITION (WJR-III): 2 Subtests
1. Letter-Word Identification - This subtest measures students' ability to read words in isolation.
2. Word Attack - This subtest measures students' skills in applying phonic and structural analysis skills to the pronunciation of unfamiliar (nonsense) words. In other words, assessment of decoding skills.

Grade Equivalent



Legend: ▨ , ▩ Spring 2007

Letter Word ID: 4.2

Word Attack: 2.4

3

## Robert Rios

**TEST OF NONVERBAL INTELLIGENCE (TONI-3):** This measures a specific component of intelligent behavior by testing an individual's ability to solve problems without overtly using language. The examinee must apply a variety of complex reasoning strategies to abstract/literal content. The directions, content and responses of the test are all language free and reduce both motoric and cultural factors.



# Robert Rios

**VISUAL-MOTOR INTEGRATION TEST (VMI):** The VMI is a developmental sequence of geometric forms to be copied with paper and pencil. The primary purpose of the VMI is to help identify any difficulties that students may have in integrating or coordinating their visual perceptual and motor abilities. These expressive and receptive functions are an important link in the processing of information.



%ile Rank

■ Spring 2007

14

5

# Robert Rios

**STANFORD DIAGNOSTIC MATH TEST:** This test measures competence in the basic concepts and skills that are prerequisite to success in math. The 'Concepts & Applications' subtests measure the degree of mastery of fundamental concepts and skills. The 'Computation' subtests measure the degree of mastery of the four basic operations with whole numbers, fractions, and decimals.



Grade Equivalent

Spring 2007

Computation    2.4

Concepts & Applications    3.7

6

# Robert Rios

**GATES-MACGINITIE READING TEST: This is a silent reading test which is administered in a classroom setting. The Comprehension subtest measures students' ability to understand short passages and to derive meaning from context. The Vocabulary subtest measures students' reading, decoding, vocabulary and word knowledge.**



7

# Robert Rios

**TEST OF WRITTEN LANGUAGE-3 Spontaneous Writing Subtest (TOWL-3):** This test, in which the examinee is asked to write a 15-minute passage about a pictorial scene, assesses written formulation in terms of grammar, syntax, spelling, organization, capitalization and sentence structure. WPS provides additional time for students to complete stories.



%ile Rank

Legend: ▨ ■ Spring 2007

- Contextual Conventions: 25
- Contextual Language: 25
- Story Construction: 50

8

# EXHIBIT Z

# Winston Preparatory School
# Report Card

**Student** Robert Rios                     **Academic Year** 2006-2007

|  | FALL | | | | | SPRING | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **SUBJECT** | Prog | Part | Comm | Total | | Prog | Part | Comm | Total | |
| **Math** | 28 | 28 | 28 | 84 | B | 28 | 28 | 28 | 84 | B | B |
| **History** | 24 | 23 | 23 | 70 | C- | 23 | 23 | 22 | 68 | D+ | D+ |
| **Science** | 25 | 25 | 26 | 76 | C | 24 | 23 | 23 | 70 | C- | C- |
| **Art** | 26 | 26 | 25 | 77 | C+ | 23 | 22 | 22 | 67 | D+ | C- |
| **Physical Education** | 28 | 28 | 27 | 83 | B- | 28 | 28 | 28 | 84 | B | B |
| **Focus** | 24 | 24 | 27 | 75 | C | 19 | 25 | 27 | 71 | C- | C- |
| **Language & Literature** | 26 | 22 | 22 | 70 | C- | 23 | 22 | 22 | 67 | D+ | D+ |
| **RAPS** | 26 | 25 | 25 | 76 | C | 23 | 22 | 22 | 67 | D+ | C- |

The criteria for the Progress and Performance (PROG) grade (33 points) can include attentiveness to class work, skill improvement, thorough completion of homework assignments, projects, labs, performance on tests and informal assessments.

The criteria for the Participation (PART) grade (33 points) can include organization, preparedness for class, participation in class, collaboration with peers, punctuality and attendance.

The criteria for the Commitment (COMM) grade (34 points) can include openness to instruction, consistency in effort, willingness to take risks, implementation of feedback and self reflection.

EX: Medical exemption from Physical Education

### Numerical Equivalents

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| A+ | 99-100 | B+ | 87-89 | C+ | 77-79 | D+ | 67-69 |
| A | 94-98 | B | 84-86 | C | 74-76 | D | 64-66 |
| A- | 90-93 | B- | 80-83 | C- | 70-73 | D- | 60-63 |

# EXHIBIT AA

**WINSTON PREPARATORY SCHOOL**
126 WEST 17TH STREET
NEW YORK, NEW YORK 10023

October 24, 2007

Gloria Rodriguez
307 West 29th Street # 3C
Bronx, NY 10011

                    **RE:  Robert Rios**

**THIS IS NOT A BILL. FOR VERIFICATION PURPOSES ONLY.**

Ms. Gloria Rodriguez:

In accordance with our annual audit, please provide our auditors, Bederson & Co., with the amount of tuition owed to Winston Preparatory School as of June 30, 2007. According to our records, the amount of $ 34,875.00 was due as of June 30, 2007. This amount does not include any tuition due for the 2007-2008 school year.

The above amount is (  ) correct or (  ) incorrect.

If incorrect, the balance as of June 30, 2007 was _____.

Please return your response directly to our auditors at Bederson & Co., 405 Northfield Avenue, West Orange, N.J. 07052, using the enclosed return envelope.

Thank you for your cooperation.

Cordially,

WINSTON PREPARATORY SCHOOL

Scott Bezsylko
Head of School

# EXHIBIT BB

.



**Winston Preparatory School**
*education for the individual*


Prepared by Susan Feldman, Dean

November 28, 2007


MS 1 Class- 2006-2007
Group Profile: Pervasive, Language Based

The team selected to teach the MS1 class was based on the following criteria:
* Interned at Winston the previous year under the supervision of a Dean
* Worked specifically with Dean and MS 1 during internship
* Demonstrated the ability to individualize and implement strategies to meet the needs of students with pervasive, language based disabilities.

Students in MS 1 have difficulty with all aspects of reading comprehension, written expression and expressive/receptive language. Instruction needs to be carefully constructed, giving students the time necessary to process information. These students may be very literal in their thinking and may have difficulty with words with multiple meanings, figurative language and idioms. They may need to have information broken down or explained, and perhaps broken down and explained again using visual representations. MS 1 students will have difficulty generalizing information (they do not apply past learning to new situations). The adjective "pervasive" is well chosen in that the range of language deficits is broad and inclusive: listening, language concepts, short term memory, long term memory abstract concepts, cause/effect relationships, time/space concepts, fund of information, non-integration of previously learned information, auditory processing, receptive and expressive language including word retrieval, and limited vocabulary. Creative writing assignments are difficult and whenever possible should draw on real-life experiences. (Expository) writing is, and needs to be presented as a process.

Class Goals: 2006-2007
* increase basic comprehension skills (who, what, when, where, why, how)
* identify words that determine sequence, passage of time, or spatial relationship
* identify pertinent information within text
* increase ability to draw conclusions and make predictions
* accurately identify main idea and supporting details
* increase vocabulary
* expand fund of information

The key to instruction for MS 1 - communicate expectations to sudents with frequent teacher feedback, visualization, pre-teaching vocabulary, breaking down information, allowing time for students to process information, having students repeat instructions in their own words, AND repetition, repetition and review.

**The following list of difficulties and strategies were individualized to meet Robert's academic needs.**

Difficulties:
- understanding written and oral language concepts [main idea, drawing conclusions, inferencing, sequencing events, cause/effect relationships, Robert is very literal and concrete]
- fund of information [Robert does not assimilate old information with new information]
- auditory processing [Robert needs time to organize, categorize and process incoming information before responding]
- organizing, categorizing and forming concepts, especially abstract concepts
- short term memory
- long term memory
- expressive language [word retrieval]
- receptive language [limited vocabulary]


Strategies:
- structure auditory presentation (read discrete amounts, stop, discuss, daily review)
- structure auditory presentation – use short sentences, limit vocabulary, have Robert repeat directions
- reciprocal reading strategy – in all classes
- preview text with an eye to its organization (e.g. chronological order, headings and italics, etc.)
- reciprocal reading strategy – in all classes
- read aloud and break down complex language found in text and discuss in class
- use visual-spatial tools - sketching and storyboarding to maintain awareness of sequence
- use graphic organizers and charts to track information
- review 5 Ws to maintain focus and sequence
- use concrete examples based on Robert's interests to help him make connections
- allow sufficient time for Robert to process all auditory/verbal information (repeat/rephrase)
- draw on the text to develop Robert's vocabulary (use synonyms/antonyms to expand vocabulary)

Difficulties with Pragmatics:
- uncomfortable beginning and ending a conversation [the give-and-take]
- how and when to change the subject
- tone and expression of voice

Strategies: (small group – 2-3 students)
- take advantage of naturally occurring situations -  practice greetings at the beginning of a day
- have Robert ask a classmate a question, for example, what materials are necessary to complete a project
- respond to intended message, rather than correct correcting pronunciation or grammar – provide appropriate model in your own speech
- role-play conversations – set up a situation where Robert has to explain the rules of a game to different people
- model different ways to present a message – polite (please) v. impolite (you better…); indirect (that music is loud) v. direct (turn off the radio)
- conversation/storytelling – provide visual cues (pictures, objects, story outline to help sequencing
- encourage revising or rephrasing unclear word or sentence – ask "Did you mean…?"
- practice turn taking, interrupting, agreeing

Difficulties with Body Language:
- facial expressions
- correct social distance
- knowing when the limit or cut off point has been reached
- tension and/or relaxation

Strategies
- show how nonverbal signals are important to communication - (facial expression does not match the emotion expressed in verbal message, for example, using angry words while smiling).
- eye contact, (turning head to make eye-contact)