UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

G.R., as Parent and Natural Guardian
o/b/o R.R., an Infant.,

No. 07 CV 4711 (TPG)

      Plaintiff,
-against-

AFFIDAVIT OF
PERSONAL SERVICE

NEW YORK CITY DEPARTMENT
OF EDUCATION,

      Defendant.
------------------------------------------------------------X

STATE OF NEW YORK )
COUNTY OF NEW YORK ) : ss
:

  Joanna Kahan, being duly sworn deposes and says:

  I am a paralegal on the staff of Partnership for Children's Rights. I am a resident of the State of New York and not a party to this action.

  On December 10, 2007, I personally served the following papers:

> Notice of Motion for Summary Judgment and Affidavits
> Plaintiff's Exhibits, A to Z, AA to BB
> Statement of Material Facts Pursuant to Rule 56.1
> Plaintiff's Memorandum of Law in Support of Motion

by personal delivery to the Department of Law of the City of New York, 100 Church Street, 4th Floor, New York, New York 10007.

                /s/ Joanna Kahan
                JOANNA KAHAN

Sworn to before me this
12th day of December, 2007

/s/ Michael D. Hampden
Notary Public
MICHAEL D. HAMPDEN
NOTARY PUBLIC, STATE OF NEW YORK
No. 4678528
Qualified in Westchester County
Commission Expires 10/31/10

1