UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

G.R., as Parent and Natural Guardian o/b/o R.R., an Infant,

                                          Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                                            Defendant.

------------------------------------------------------------------------ x

**NOTICE OF CROSS- MOTION**

07 CV 4711 (TPG) (RLE)

**PLEASE TAKE NOTICE** that upon the annexed Statement of Undisputed Facts pursuant to Rule 56.1 of the Local Rules of this Court, dated January 16, 2008, the exhibits submitted to the Court by plaintiff on December 7, 2007, the accompanying memorandum of law in support of defendant's cross-motion for summary judgment dated January 16, 2008 and the exhibit annexed thereto, and upon all prior pleadings and proceedings, defendant will cross-move this Court, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, on a date to be determined by the Court, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure awarding it summary judgment, and granting it such other and further relief as this Court deems just and proper.

-2-

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the briefing schedule entered in this matter on January 14, 2008, plaintiff's opposition and reply papers, if any, shall be served no later than January 30, 2008. Defendant's reply papers, if any, shall be served no later than February 13, 2008.

Dated:    January 16, 2008
          New York, New York

                              MICHAEL A. CARDOZO
                              Corporation Counsel of the
                               City of New York
                              Attorney for Defendant
                              100 Church Street, Room 2-179
                              New York, New York  10007
                              212-788-0889

                              By:            /s/
                                  Andrew J. Rauchberg (AR 2179)
                                  Assistant Corporation Counsel


To:   Warren J. Sinsheimer, Esq.
      Partnership for Children's Rights
      Attorney for Plaintiff
      271 Madison Avenue, 17th Floor
      New York, New York  10016
      212-683-7999
      (via ECF)